

# NUMBER 13-19-00008-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF C.D.L.R., C.D.L.R., E.M., CHILDREN

## On Appellee's Second Motion for Extension of Time to File Brief.

# ORDER

### Before Chief Justice Contreras and Justices Benavides and Hinojosa
### Order Per Curiam

This is an appeal of a final order terminating parental rights. Appellee's brief was initially due to be filed on April 25, 2019. *See* Tex. R. App. P. 38.6(b). Appellee filed a motion to extend time to file brief; we granted the motion and extended the deadline to April 29, 2019. Appellee has now filed a second motion for extension of time seeking sixteen additional days to file the brief. As a reason for the extension, appellee states that "[t]here is no remaining member of the [appellee's] Appellate Unit who could have completed this brief in a timely manner."

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals, but include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that these appeals are brought to final disposition within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2(a). Given the nature of these cases and the shortened appellate deadlines, the Court does not favor extensions of time to file a brief in such cases.

This Court, having fully examined and considered appellee's motion, is of the opinion that, in the interest of justice and given the circumstances, the motion should be granted. Accordingly, we GRANT the motion and ORDER appellee's brief to be filed on or before the expiration of the business day on Wednesday, May 15, 2019. Further motions for extension of time by appellee will not be entertained.

PER CURIAM

Delivered and filed the
30th day of April, 2019.

2